GEORGE ROBERTS, Respondent, v. CHAMPLAIN COACH LINES, INC., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $1,814.40; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.

UNIVERSAL PUBLISHERS REPRESENTATIVES, INC., Respondent, v. MELCHOR GUZMAN et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.

SYLVIA GROB, Suing on Behalf of Herself and All Stockholders of MILNAG REALTY CORPORATION Similarly Situated, Respondent, and MARIA KRAMER, Intervener, Plaintiff, v. MILNAG REALTY CORPORATION et al., Defendants, and MAX J. KRAMER et al., Defendants-Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.

FRANCES BABIAK, Appellant, v. HARRY BABIAK, Respondent, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.

MARIO NICHOLAS et al., Copartners Doing Business as NICHOLAS BROS., Appellants, v. CITY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.; Townley, J., dissents and votes to reverse and deny the motion.

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant, v. NORMAN S. RIESENFELD et al., as Executors and Trustees under the Will of CARRIE W. RIESENFELD, Deceased, et al., Respondents.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of EDWARD MCLEAN, Petitioner, against WILLIAM F. CAREY, as Commissioner of the Department of Sanitation of the City of New York, et al., Respondents.— Petitioner not being entitled to a hearing, the proceeding should not have been transferred to this court. However, since the papers are sufficient to permit of the disposition of the proceeding by this court, we confirm the determination under the provisions of section 1296 of the Civil Practice Act. Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Will of WILLIAM GUTHMAN, Deceased. RICHARD J. OLDS et al., Appellants; GERTRUDE G. GUTHMAN et al., as Executors, Respondents.— Decree unanimously affirmed, with costs to the respondents payable out of the fund. No opinion. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ. [See post, p. 808.]